ROBERT FINK *v.* MILAGROS COX ET AL.
(PROBATE APPEAL)
(SUPERIOR COURT No. 121737)

The application by the named defendant, dated November 28, 1966, for reconsideration, for stay and for restoration to the docket of the appeal from the Superior Court in Fairfield County is denied.

*William A. Phillips,* in support of the application.

Submitted November 29—decided December 6, 1966

STATE EX REL. THOMAS MAISANO *v.* CHARLES R. MITCHELL, SR.

The stipulation by the parties, dated November 30, 1966, in the appeal from the Superior Court in Fairfield County is disapproved.

*Robert N. Grosby,* on the stipulation, for the plaintiff.

*Daniel E. Reed, Jr.,* on the stipulation, for the defendant.

Submitted December 7—decided December 13, 1966

THE BLUE HILLS NURSERIES, INC., ET AL. *v.* HOMESITE REALTY INC.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Hartford County is denied.

*Ralph M. Shulansky,* for the appellees (plaintiffs).

*Thomas P. Byrne,* for the appellant (defendant).